**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Donnie Roland Thigpen, Appellant.

Appellate Case No. 2012-212391

———————

Appeal From Kershaw County
G. Thomas Cooper, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2014-UP-386
Submitted September 1, 2014 – Filed November 5, 2014

———————

**AFFIRMED**

———————

Tommy Arthur Thomas, of Irmo, for Appellant.

Attorney General Alan McCrory Wilson and Assistant
Attorney General Christina J. Catoe, both of Columbia,
for Respondent.

———————

**PER CURIAM:** Donnie Roland Thigpen appeals his convictions for felony driving under the influence and leaving the scene of an accident, arguing the trial court erred in (1) admitting a video recording and officer testimony about the

administration of a DataMaster breath test and (2) denying his motion to suppress his statement.  We affirm pursuant to Rule 220(b), SCACR, and the following authorities:

(1)  As to whether the trial court erred in admitting a video recording and officer testimony describing the administration of the DataMaster test: *State v. Dunbar*, 356 S.C. 138, 142, 587 S.E.2d 691, 693 (2003) ("In order for an issue to be preserved for appellate review, it must have been raised to and ruled upon by the trial [court]."); *State v. Benton*, 338 S.C. 151, 156-57, 526 S.E.2d 228, 231 (2000) (stating an issue conceded at trial cannot be argued on appeal).

(2)  As to whether the trial court erred in denying the motion to suppress his statement: *State v. Russell*, 345 S.C. 128, 133, 546 S.E.2d 202, 205 (Ct. App. 2001) ("Issues not raised to and ruled upon in the trial court will not be considered on appeal."); *id.* ("A party cannot argue one ground for an objection at trial and an alternative ground on appeal.").

**AFFIRMED.**[1]

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.